IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DAVID ALBERT BRUNYER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. LOGAN CLARK et al.,<br><br>　　　　Defendants. | **DISMISSAL ORDER**<br>**& MEMORANDUM DECISION**<br><br>Case No. 2:12-CV-503 DS<br><br>District Judge David Sam |

　　　　Plaintiff, inmate David Albert Brunyer, filed this *pro se* civil rights suit, see 42 U.S.C.S. § 1983 (2012), proceeding *in forma pauperis*, see 28 *id.* 1915. Reviewing the complaint under § 1915(e), in an Order dated July 18, 2012, the Court determined Plaintiff's complaint was deficient. The Court then gave Plaintiff direction for curing the deficiency, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiency within thirty days. Plaintiff has not responded.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute.

DATED this 19th day of September, 2012.

BY THE COURT:

_____
JUDGE DAVID SAM
United States District Court