U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

2012 SEP 19 A 10:20

DISTRICT OF UTAH

|  |  |
|---|---|
| DAVID ALBERT BRUNYER,<br><br>     Plaintiff,<br><br>v.<br><br>DR. LOGAN CLARK et al.,<br><br>     Defendants. | **DISMISSAL ORDER**<br>**& MEMORANDUM DECISION**<br><br>Case No. 2:12-CV-503 DS<br><br>District Judge David Sam |

Plaintiff, inmate David Albert Brunyer, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2012), proceeding *in forma pauperis*, *see* 28 *id.* 1915. Reviewing the complaint under § 1915(e), in an Order dated July 18, 2012, the Court determined Plaintiff's complaint was deficient. The Court then gave Plaintiff direction for curing the deficiency, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiency within thirty days. Plaintiff has not responded.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint is

**DISMISSED** without prejudice for failure to state a claim under §

1915(e)(2)(B)(ii), failure to follow Court orders, and failure to

prosecute.

DATED this _19th_ day of September, 2012.

BY THE COURT:

JUDGE DAVID SAM
United States District Court

2